IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| LOUISIANA INDEPENDENT PHARMACIES ASSOCIATION,     *Plaintiff*, vs. EXPRESS SCRIPTS, INC.,     *Defendant*. | Case No. 2:20-cv-647 Judge James D. Cain, Jr. Magistrate Judge Kathleen Kay |

**DEFENDANT EXPRESS SCRIPTS, INC.'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Express Scripts, Inc. hereby moves to dismiss the complaint filed by Plaintiff Louisiana Independent Pharmacies Association (LIPA). The grounds for this motion are set forth in the accompanying memorandum.

Dated: July 24, 2020                                Respectfully submitted,

/s/ *Michael B. Kimberly*

Michael B. Kimberly (*pro hac vice*)
Sarah P. Hogarth (*pro hac vice*)
  MCDERMOTT WILL & EMERY LLP
  500 North Capitol Street NW
  Washington, DC 20001
  (202) 756-8000
  mkimberly@mwe.com
  shogarth@mwe.com

Joshua S. Force
  SHER GARNER CAHILL RICHTER
    KLEIN & HILBERT, L.L.C.
  909 Poydras Street, Suite 2800
  New Orleans, LA 70112
  (504) 299-2130
  jforce@shergarner.com

*Counsel for Defendant*
*Express Scripts, Inc.*

2