# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

**LOUISIANA INDEPENDENT PHARMACIES ASSOCIATION**

**CASE NO.  2:20-CV-00647**

**VERSUS**

**JUDGE JAMES D. CAIN, JR.**

**EXPRESS SCRIPTS INC.**

**MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the Motions to Dismiss [doc. 11] brought by Express Scripts, Inc. under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) are hereby **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 4th day of March, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**