# United States Court of Appeals
# for the Fifth Circuit

———————

No. 21-90027

———————

A True Copy
Certified order issued Jun 14, 2021

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Express Scripts, Incorporated,

*Defendant—Petitioner,*

*versus*

Louisiana Independent Pharmacies Association,

*Plaintiff—Respondent.*

———————————————————

Motion for Leave to Appeal
from an Interlocutory Order
USDC No. 2:20-CV-647

———————————————————

Before Clement, Elrod, and Haynes, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the unopposed motion for leave to appeal from the interlocutory order of the United States District Court of the Western District of Louisiana, entered on March 4, 2021 is GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702


Mr. Joshua Simon Force
Mr. Michael Branch Kimberly
Mr. John Randall Whaley
Mr. Tony R. Moore

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 14, 2021

TO: All Counsel and Parties Listed Below

    Misc. No. 21-90027    LA Indep Pharmacies v. Express Scripts
    USDC No. 2:20-CV-647

Enclosed is a copy of the court's order granting the motion for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 21-30331.

Unless the district court has granted you leave to proceed on appeal in forma pauperis, the appellant(s) should immediately pay the court of appeals' $505.00 docketing fee to the clerk of the district court, and notify this office of your payment within 15 days from the date of this letter. If you do not, we will dismiss the appeal, see **5TH CIR. R.** 42.3.

You must complete a transcript order form, which can be obtained from the court's website www.ca5.uscourts.gov. If you are required to electronically file, you must, file the form via the 5th Circuit's Electronic Document Filing System even if the form was filed with the district court, and make financial arrangements with the court reporter. See also 5th Cir. R. 30.1.2 and 5th Cir. R. 31.1 to determine if you have to file electronically. When completed, this meets your obligation to order the necessary portions of the court reporter's transcript, see Fed. R. App. P. 10(b). (If you are pro se and unable to afford payment, you must file a motion with the district court requesting transcript at government expense, and notify this court.) We will coordinate the transcript deadlines with the court reporter. The court reporter should contact you directly if an extension of time to file the transcript is granted. Failure to complete the transcript order form and make financial arrangements with the court reporter within 15 days will result in dismissal of the appeal in accordance with the rules.

Counsel desiring to appear in this case must electronically file a "Form for Appearance of Counsel", naming each party you represent, within 14 days from the date of this letter. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, we will remove your name from the docket. Pro se parties do not need to file an appearance form.